947 F.2d 937
 Toy (Doris Cecelia Edzwald)
v.
Borough of Berlin, Borough of Clementon, Saunders (George),
Ritten (Policeman), Lutz (Chief of Police), Gaw (Lt.),
Tophans (Lowell), Gangluff (Jacob), Clayton, Wooser
(Richard), Camden County Complex, Larson (Hon. Craig),
County of Camden, Dukes (Deputy Fire Marshall)
 NO. 91-5135
 United States Court of Appeals,
Third Circuit.
 OCT 04, 1991
 
 Appeal From: D.N.J.,
 Brotman, J.
 
 
 1
 AFFIRMED.